United States District Court
Southern District of Texas

**ENTERED**

December 16, 2021
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| SMILEY TEAM II, INC., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-00103 |
| | § | |
| GENERAL STAR INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On November 3, 2021, Defendant General Star Indemnity Company's Motion for Partial Dismissal ("Motion for Partial Dismissal") was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 19. Judge Edison filed a memorandum and recommendation on November 9, 2021, recommending that the Motion for Partial Dismissal (Dkt. 12) be granted. *See* Dkt. 20.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)   Judge Edison's memorandum and recommendation (Dkt. 20) is approved and adopted in its entirety as the holding of the court; and

(2)   The Motion for Partial Dismissal (Dkt. 12) is granted. Smiley Team's fraud and DTPA claims are dismissed

SIGNED on Galveston Island this 16th day of December 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE