United States District Court
Southern District of Texas
**ENTERED**
October 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SMILEY TEAM II, INC., | § § § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:21-CV-103 |
| | § | |
| GENERAL STAR INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 39, entered in this case granting defendant General Star Indemnity Company's motion for summary judgment, Dkt. 29, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 28th day of October, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE