United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SMILEY TEAM II, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | NO. 3:21-CV-103 |
| | § | |
| GENERAL STAR INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the defendant General Star Indemnity Company's[1] motion for sanctions. Dkt. 51. After considering the parties' arguments, the record, and the applicable law, the court denies General Star's motion.

Signed on Galveston Island this 13th day of April, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Smiley Team's complaint incorrectly names the defendant as General Star Insurance Company.